IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**CARLOS E. PEREZ-SEMIDEI, et al.,**
**Defendants**

v.                                                                         **CIVIL NO. 05-1344(DRD)**

**AUTO SUMMIT, INC., et al.,**
**Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed:** 09/20/2005  **Docket No. 17**<br>[X] **Plff**  [X] **Deft**<br><br>**Title:** NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL | **GRANTED**. The appearing parties in this case have reached an agreement as to dismissing plaintiffs' claims against co-defendant Ford Motor Credit Company of Puerto Rico, Inc., without prejudice. Consequently, the Court hereby **grants** their request, pursuant to Fed.R.Civ.P. 41(a)(1)(ii). Therefore, Ford Motor Credit Company of Puerto Rico, Inc. is hereby **DISMISSED WITHOUT PREJUDICE**. **Partial Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 28th day of October 2005.

                                                 S/DANIEL R. DOMINGUEZ
                                                 DANIEL R. DOMINGUEZ
                                                 U.S. DISTRICT JUDGE